UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# FILE COPY

UNITED STATES OF AMERICA,

02 Cr. 147 (VM)

-against-

03 Cr. 0094 (VM)

ALI SALEH KAHLAH AL-MARRI,

Defendant.

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-09

**VICTOR MARRERO, United States District Judge.**

Defendant Ali Al-Marri ("Al-Marri") is charged pursuant to two separate indictments.  Indictment 02 Cr. 147 charges Al-Marri with unauthorized possession of access devices with intent to defraud in violation of 18 U.S.C. § 1029(a)(3). Indictment 03 Cr. 94 charges Al-Marri with making false statements in violation of 18 U.S.C. § 1001, making false statements on a bank application in violation of 18 U.S.C. § 1014, and unlawful use of identification of another person with intent to commit another federal offense in violation of 18 U.S.C. § 18:1028.

Since Al-Marri was arrested on December 12, 2001, it has been undisputed between the parties that the events underlying the charges in both indictments occurred in the Central District of Illinois.  However, the indictments have proceeded before this Court with the consent of Al-Marri and his

counsel.  Al-Marri now informs the Government and the Court that he is withdrawing his consent to be prosecuted in the Southern District of New York.  The Government has agreed that as a result of this revocation of consent, the indictments should be dismissed without prejudice.  Furthermore, the Government has informed the Court that after dismissal of the indictments, the Government intends to prosecute Al-Marri in the Central District of Illinois.  Accordingly, it is hereby

**ORDERED** that Case Numbers 02 Cr. 147 and 03 Cr. 0094, currently on the docket of this Court, be dismissed without prejudice.

**SO ORDERED:**

Dated:      New York, New York
            12 May, 2003

Victor Marrero
U.S.D.J.

2